ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED

MAY 2 3 2022

Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro De LaRosa Frances | ) | Case No. 4:22-MJ-300 |
| | ) | SEALED |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 20, 2022__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Unlawful Possession of a Firearm by an Alien Illegally or Unlawfully in the United States. |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven D. Royer, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/23/2022

_____
Judge's signature

City and state: Plano, Texas

Kimberly C. Priest Johnson, Magistrate Judge
_____
Printed name and title